| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lance L. Hess** | Social Security number or ITIN **xxx–xx–8190** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Tina M. Hess** | Social Security number or ITIN **xxx–xx–4095** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **12–25616–GLT** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lance L. Hess                                     Tina M. Hess

    8/19/16                          **By the court:**     Gregory L. Taddonio
                                                                              United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 12-25616-GLT
Lance L. Hess                                               Chapter 13
Tina M. Hess
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin          Page 1 of 2          Date Rcvd: Aug 19, 2016
                              Form ID: 3180W      Total Noticed: 61


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
db/jdb        +Lance L. Hess,   Tina M. Hess,   179 Hoffman Road,   Chicora, PA 16025-3617
cr            +PennyMac Loan Services, LLC,   c/o Aldridge Connors LLP,   Fifteen Piedmont Center,
               3575 Piedmont Road, N.E.,   Suite 500,   Atlanta, GA 30305-1636
13518166      +AES PHEAA,   1200 N. 7th Street,   Harrisburg, PA 17102-1444
13535139      +AES/PHEAA,   P.O. Box 8183,   Harrisburg, PA 17105-8183
13547658      +Aes/Pheaa,   PO Box 8147,   Harrisburg, Pa 17105-8147
13518168      +Asset Acceptance Corp.,   400 Market Street,   6th Floor,   Philadelphia, PA 19106-2513
13518171       BHS Dermatology Assoc.,   1022 B North Main St.,   Butler, PA 16001
13584338       Bank of America, N.A.,   P.O. Box 660933,   Dallas, TX 75266-0933
13518173      +Blair Hindman, Esq.,   415 Wood St,   Clarion, PA 16214-1335
13518174       Butler County Clerk of Courts,   P.O. Box 1208,   Butler, PA 16003-1208
13518175      +Butler Imaging & Intervention,   7 Acee Drive,   Natrona Heights, PA 15065-9700
13518176      +Butler Imaging Interventionalist,   BMH,   One Hospital Way,   Butler, PA 16001-4670
13518178      +Butler Medical Associates,   1022 N. Main St. Ext.,   Butler, PA 16001-1956
13518177      +Butler Medical Associates,   Suite 001,   P.O. Box 1549,   Butler, PA 16003-1549
13518179      +Butler Memorial Hospital,   Attn: Billing,   One Hospital Way,   Butler, PA 16001-4697
13518180      +Butler Pediatrics,   901 East Brady Street, Suite 101,   Butler, PA 16001-4649
13518181      #+Butler Physical Therapy,   301 1st St.,   Butler, PA 16001-4798
13518182      +Butler Surgery Center,   102 Technology Drive,   Butler, PA 16001-1784
13518184      +CBCS,   875 Greentree Road,   Pittsburgh, PA 15220-3508
13518185       Centre County Clerk of Courts,   Centre County Courthouse,   Bellefonte, PA 16823-1488
13518186      +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
13518187      +Collection Service Center,   689 N. Hermitage Road,   Hermitage, PA 16148-3237
13518190      +DuBois Regional Medical Center,   100 Hospital Way,   Du Bois, PA 15801-1499
13518191      +Greater Pittsburgh Orthopedics,   5820 Centre Avenue,   Pittsburgh, PA 15206-3710
13518193      +Hand & Upper Ex Center,   6001 Stonewood Drive,   Wexford, PA 15090-7380
13518194      +Hayt, Hayt, & Landau, LLC,   400 Market St.,   6th Floor,   Philadelphia, PA 19106-2513
13518199       John Beall, DMD,   500 N. Main Street,   Butler, PA 16001-4305
13512170      +Kristina G. Murtha, Esq.,   KLM Law Group, P.C.,   701 Market Street,   Suite 5000,
               Philadelphia, PA 19106-1541
13518203       One Main Financial,   P.O. Box 183172,   Columbus, OH 43218-3172
13518204      +Orthopedic Associates,   301 1st St.,   Butler, PA 16001-4795
13518205       Penn Credit Corp.,   P.O. Box 988,   Harrisburg, PA 17108-0988
13799584      +PennyMac Loan Services, LLC,   6101 Condor Drive,   Suite 310,   Moorpark, CA 93021-2602
13518207      +Richard Latuska, M.D.,   102 Technology Drive,   Suite 230,   Butler, PA 16001-1784
13518208      +Richard Miggantz DMD,   301 E. 1st Avenue,   Tarentum, PA 15084-1858
13518210      +Spartan Financial Services,   13730 S. Point Blvd.,   Charlotte, NC 28273-7715
13518211      +Surgery at Edgeworth Commons,   301 Ohio River Blvd.,   Suite 100,   Sewickley, PA 15143-1300
13518212      +T. Channapati, M.D.,   342 N. Main St.,   Butler, PA 16001-4921
13518213      +Tri Rivers Surgical Assoc. Inc.,   142 Clearview Circle,   Butler, PA 16001-1565
13518215      +UPMC Childrens,   One Childrens Hospital Drive,   4401 Penn Avenue,   Pittsburgh, PA 15224-1342
13518214      +University of Pittsburgh Physicians,   200 Lothrop St.,   Pittsburgh, PA 15213-2582

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 20 2016 01:17:28     Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA  17128-0946
13518167      +E-mail/Text: bankruptcy@acbhq.com Aug 20 2016 01:17:16     American Credit Bureau,
               2755 S. Federal Hwy.,   Boynton Beach, FL 33435-7742
13558402      +EDI: ACCE.COM Aug 20 2016 00:58:00     Asset Acceptance LLC,   Po Box 2036,
               Warren MI 48090-2036
13518169       EDI: BANKAMER2.COM Aug 20 2016 00:58:00     Bank of America,   Bankruptcy Dept.,
               P.O. Box 15168,   Wilmington, DE 19850-5168
13512169      +EDI: BANKAMER.COM Aug 20 2016 01:03:00     Bank of America, N.A.,   7105 Corporate Drive,
               PTX B-209,   Plano, TX 75024-4100
13518183      +E-mail/Text: bankruptcy@usecapital.com Aug 20 2016 01:18:37     Capital Accounts,
               P.O. Box 140065,   Nashville, TN 37214-0065
13518188      +EDI: CCUSA.COM Aug 20 2016 00:58:00     Credit Collections USA,   256 Greenbug Rd.,   Ste. 1,
               Morgantown, WV 26501-7158
13518189      +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 20 2016 01:18:15
               Credit Management Company,   2121 Noblestown Road,   Pittsburgh, PA 15205-3956
13578001       EDI: ECMC.COM Aug 20 2016 00:58:00     ECMC,   P.O. BOX 75906,   ST PAUL, MN 55175
13518195       EDI: HFC.COM Aug 20 2016 01:03:00     HSBC,   P.O. Box 17051,   Baltimore, MD 21297-1051
13518196      +EDI: HFC.COM Aug 20 2016 01:03:00     HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
13518198      +EDI: IIC9.COM Aug 20 2016 01:03:00     I.C. Systems, Inc.,   P.O. Box 64378,
               Saint Paul, MN 55164-0378
13603981       EDI: RESURGENT.COM Aug 20 2016 01:03:00     LVNV Funding, LLC its successors and assigns as,
               assignee of One Main Financial Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
13593140       EDI: RESURGENT.COM Aug 20 2016 01:03:00     LVNV Funding, LLC its successors and assigns as,
               assignee of North Star Capital,   Acquisition LLC,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587

```
District/off: 0315-2              User: lfin            Page 2 of 2            Date Rcvd: Aug 19, 2016
                                  Form ID: 3180W        Total Noticed: 61
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13518201      +EDI: MID8.COM Aug 20 2016 00:58:00      Midland Funding LLC,   8875 Aero Drive,   Suite 200,
                San Diego, CA 92123-2255
13518202      +E-mail/Text: egssupportservices@egscorp.com Aug 20 2016 01:18:03      NCO Financial Systems,
                507 Prudential Road,    Horsham, PA 19044-2368
13518206       EDI: PRA.COM Aug 20 2016 00:58:00      Portfolio Recovery Associates,   120 Corporate Blvd.,
                Suite 100,    Norfolk, VA 23502
13549519       EDI: Q3G.COM Aug 20 2016 01:03:00      Quantum3 Group LLC as agent for,
                Galaxy Asset Purchasing LLC,    PO Box 788,   Kirkland, WA 98083-0788
13518209       EDI: DRIV.COM Aug 20 2016 01:03:00      Santander Consumer,   P.O. Box 660633,
                Dallas, TX 75266-0633
13542246       EDI: DRIV.COM Aug 20 2016 01:03:00      Santander Consumer USA,   P.O. Box 560284,
                Dallas, TX 75356-0284
13518216      +E-mail/Text: BankruptcyNotice@upmc.edu Aug 20 2016 01:18:22      UPMC Community Medicine, Inc.,
                2 Hotmetal Street,   Quantum Building One,   Customer Service, 2nd Floor,
                Pittsburgh, PA 15203-2348
                                                                                     TOTAL: 21
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr*            +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             ECMC,   P.O. Box 75906,   St. Paul, MN 55175
13518170*      +Bank of America, N.A.,   7105 Corporate Drive,   PTX B-209,   Plano, TX 75024-4100
13518192*      +Greater Pittsburgh Orthopedics,   5820 Centre Ave.,   Pittsburgh, PA 15206-3710
13518197*       HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
13518200*      +Kristina G. Murtha, Esq.,   KLM Law Group, P.C.,   701 Market Street,   Suite 5000,
                Philadelphia, PA 19106-1541
13518172     ##+BHS Dermatology Assoc.,   1022B North Main St.,   Butler, PA 16001-1954
                                                                          TOTALS: 1, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
            Andrew F Gornall    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
             bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
            Dai Rosenblum    on behalf of Debtor Lance L. Hess dunmyrem@zoominternet.net,
             dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
            Dai Rosenblum    on behalf of Joint Debtor Tina M. Hess dunmyrem@zoominternet.net,
             dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
            Leslie J. Rase, Esq.    on behalf of Creditor   PennyMac Loan Services, LLC
             lrase@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                     TOTAL: 6
```