**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
8/19/16 11:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    LANCE L. HESS
    TINA M. HESS
        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:12-25616

Chapter 13

Document No.:   76

## ORDER OF COURT

AND NOW, this ___19th___ day of ___August___, 20_16_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

Prepared by:   Ronda J. Winnecour, Esq.

**DEFAULT ENTRY**

Dated: August 19, 2016

_____
Gregory L. Taddonio                    jah
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 12-25616-GLT
Lance L. Hess                                                           Chapter 13
Tina M. Hess
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                 Page 1 of 2                  Date Rcvd: Aug 19, 2016
                              Form ID: pdf900            Total Noticed: 59

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2016.
```
db/jdb         +Lance L. Hess,    Tina M. Hess,    179 Hoffman Road,    Chicora, PA 16025-3617
cr             +PennyMac Loan Services, LLC,    c/o Aldridge Connors LLP,    Fifteen Piedmont Center,
                 3575 Piedmont Road, N.E., Suite 500,    Atlanta, GA 30305-1636
13518166       +AES PHEAA,    1200 N. 7th Street,    Harrisburg, PA 17102-1444
13535139       +AES/PHEAA,    P.O. Box 8183,    Harrisburg, PA 17105-8183
13547658       +Aes/Pheaa,    PO Box 8147,    Harrisburg, Pa 17105-8147
13518168       +Asset Acceptance Corp.,    400 Market Street,    6th Floor,   Philadelphia, PA 19106-2513
13518171        BHS Dermatology Assoc.,    1022 B North Main St.,    Butler, PA 16001
13518169        Bank of America,    Bankruptcy Dept.,    P.O. Box 15168,    Wilmington, DE 19850-5168
13512169       +Bank of America, N.A.,    7105 Corporate Drive,    PTX B-209,   Plano, TX 75024-4100
13584338        Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
13518173       +Blair Hindman, Esq.,    415 Wood St,    Clarion, PA 16214-1335
13518174        Butler County Clerk of Courts,    P.O. Box 1208,    Butler, PA 16003-1208
13518175       +Butler Imaging & Intervention,    7 Acee Drive,    Natrona Heights, PA 15065-9700
13518176       +Butler Imaging Interventionalist,    BMH,   One Hospital Way,    Butler, PA 16001-4670
13518178       +Butler Medical Associates,    1022 N. Main St. Ext.,    Butler, PA 16001-1956
13518177       +Butler Medical Associates,    Suite 001,   P.O. Box 1549,    Butler, PA 16003-1549
13518179       +Butler Memorial Hospital,    Attn: Billing,    One Hospital Way,    Butler, PA 16001-4697
13518180       +Butler Pediatrics,    901 East Brady Street, Suite 101,    Butler, PA 16001-4649
13518181      #+Butler Physical Therapy,    301 1st St.,   Butler, PA 16001-4798
13518182       +Butler Surgery Center,    102 Technology Drive,    Butler, PA 16001-1784
13518184       +CBCS,    875 Greentree Road,    Pittsburgh, PA 15220-3508
13518185        Centre County Clerk of Courts,    Centre County Courthouse,    Bellefonte, PA 16823-1488
13518186       +Citizens Bank,    1 Citizens Drive,    Riverside, RI 02915-3000
13518187       +Collection Service Center,    689 N. Hermitage Road,    Hermitage, PA 16148-3237
13518190       +DuBois Regional Medical Center,    100 Hospital Way,    Du Bois, PA 15801-1499
13578001        ECMC,    P.O. BOX 75906,    ST PAUL, MN 55175
13518191       +Greater Pittsburgh Orthopedics,    5820 Centre Avenue,    Pittsburgh, PA 15206-3710
13518196       +HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13518193       +Hand & Upper Ex Center,    6001 Stonewood Drive,    Wexford, PA 15090-7380
13518194       +Hayt, Hayt, & Landau, LLC,    400 Market St.,    6th Floor,   Philadelphia, PA 19106-2513
13518199        John Beall, DMD,    500 N. Main Street,    Butler, PA 16001-4305
13512170       +Kristina G. Murtha, Esq.,    KLM Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13518203        One Main Financial,    P.O. Box 183172,    Columbus, OH 43218-3172
13518204       +Orthopedic Associates,    301 1st St.,    Butler, PA 16001-4795
13518205        Penn Credit Corp.,    P.O. Box 988,    Harrisburg, PA 17108-0988
13799584       +PennyMac Loan Services, LLC,    6101 Condor Drive,    Suite 310,   Moorpark, CA 93021-2602
13518207       +Richard Latuska, M.D.,    102 Technology Drive,    Suite 230,   Butler, PA 16001-1784
13518208       +Richard Miggantz DMD,    301 E. 1st Avenue,    Tarentum, PA 15084-1858
13518209        Santander Consumer,    P.O. Box 660633,    Dallas, TX 75266-0633
13542246        Santander Consumer USA,    P.O. Box 560284,    Dallas, TX 75356-0284
13518210       +Spartan Financial Services,    13730 S. Point Blvd.,    Charlotte, NC 28273-7715
13518211       +Surgery at Edgeworth Commons,    301 Ohio River Blvd.,    Suite 100,   Sewickley, PA 15143-1300
13518212       +T. Channapati, M.D.,    342 N. Main St.,    Butler, PA 16001-4921
13518213       +Tri Rivers Surgical Assoc. Inc.,    142 Clearview Circle,    Butler, PA 16001-1565
13518215       +UPMC Childrens,    One Childrens Hospital Drive,    4401 Penn Avenue,    Pittsburgh, PA 15224-1342
13518214        University of Pittsburgh Physicians,    200 Lothrop St.,    Pittsburgh, PA 15213-2582
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13518167       +E-mail/Text: bankruptcy@acbhq.com Aug 20 2016 01:17:16     American Credit Bureau,
                 2755 S. Federal Hwy.,    Boynton Beach, FL 33435-7742
13558402       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 20 2016 01:17:41     Asset Acceptance LLC,
                 Po Box 2036,    Warren MI 48090-2036
13518183       +E-mail/Text: bankruptcy@usecapital.com Aug 20 2016 01:18:37     Capital Accounts,
                 P.O. Box 140065,    Nashville, TN 37214-0065
13518188       +E-mail/Text: ccusa@ccuhome.com Aug 20 2016 01:17:02     Credit Collections USA,
                 256 Greenbug Rd.,    Ste. 1,   Morgantown, WV 26501-7158
13518189       +E-mail/Text: hariasdiaz@creditmanagementcompany.com Aug 20 2016 01:18:15
                 Credit Management Company,    2121 Noblestown Road,    Pittsburgh, PA 15205-3956
13518198       +E-mail/Text: bankruptcy@icsystem.com Aug 20 2016 01:18:19     I.C. Systems, Inc.,
                 P.O. Box 64378,    Saint Paul, MN 55164-0378
13603981        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:29:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of One Main Financial Inc.,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13593140        E-mail/PDF: resurgentbknotifications@resurgent.com Aug 20 2016 01:27:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                 Acquisition LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13518201       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 20 2016 01:17:46     Midland Funding LLC,
                 8875 Aero Drive,    Suite 200,   San Diego, CA 92123-2255
13518202       +E-mail/Text: egssupportservices@egscorp.com Aug 20 2016 01:18:03     NCO Financial Systems,
                 507 Prudential Road,    Horsham, PA 19044-2368
```

```
District/off: 0315-2          User: lfin                  Page 2 of 2                  Date Rcvd: Aug 19, 2016
                              Form ID: pdf900             Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13518206      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 20 2016 01:28:30
              Portfolio Recovery Associates,   120 Corporate Blvd.,   Suite 100,   Norfolk, VA 23502
13549519      E-mail/Text: bnc-quantum@quantum3group.com Aug 20 2016 01:17:23
              Quantum3 Group LLC as agent for,   Galaxy Asset Purchasing LLC,   PO Box 788,
              Kirkland, WA 98083-0788
13518216     +E-mail/Text: BankruptcyNotice@upmc.edu Aug 20 2016 01:18:22     UPMC Community Medicine, Inc.,
              2 Hotmetal Street,   Quantum Building One,   Customer Service, 2nd Floor,
              Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
cr*          +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*           ECMC,   P.O. Box 75906,   St. Paul, MN 55175
13518170*    +Bank of America, N.A.,   7105 Corporate Drive,   PTX B-209,   Plano, TX 75024-4100
13518192*    +Greater Pittsburgh Orthopedics,   5820 Centre Ave.,   Pittsburgh, PA 15206-3710
13518197*     HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
13518200*    +Kristina G. Murtha, Esq.,   KLM Law Group, P.C.,   701 Market Street,   Suite 5000,
              Philadelphia, PA 19106-1541
13518172    ##+BHS Dermatology Assoc.,   1022B North Main St.,   Butler, PA 16001-1954
13518195    ##HSBC,   P.O. Box 17051,   Baltimore, MD 21297-1051
                                                                                   TOTALS: 1, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Dai Rosenblum    on behalf of Debtor Lance L. Hess dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Dai Rosenblum    on behalf of Joint Debtor Tina M. Hess dunmyrem@zoominternet.net,
               dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp124@yahoo.com
              Leslie J. Rase, Esq.    on behalf of Creditor    PennyMac Loan Services, LLC
               lrase@sterneisenberg.com,  ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```